AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

———————————— DISTRICT OF ————————————

UNITED STATES OF AMERICA

v.

Wallstein Allen

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1755-CBS

I, __Wallstein Allen__, charged in a (complaint) (petition) pending in this District with __conspiracy to distribute cocaine and attempting to possess cocaine w/intent to distribute__ in violation of Title __21__, U.S.C., __846, 841(a)(1)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____W. Allen_____
Defendant

_____[signature]_____
Counsel for Defendant

7/12/04
Date