UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-10234-NMG
                              )
WALLSTEIN ALLEN               )
```

MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel and the Federal Defender Office move to withdraw as counsel for Wallstein Allen.  As grounds for this motion, counsel states that Mr. Allen has retained Attorney Rudolph Miller to represent him and that Mr. Miller has appeared in this case.

/s/ Leo T. Sorokin

Leo T. Sorokin
   B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061