UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) |  |
| v. | ) ) | Criminal No. 04-CR-10234-NMG |
| **WALLSTEIN ALLEN, et al.** | ) ) ) |  |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                          By:  /s/ David G. Tobin
                                 David G. Tobin
                                 Assistant U.S. Attorney
                                 (617) 748-3392

August 12, 2004

**CERTIFICATE OF SERVICE**

 This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:


 This \_\_\_\_\_ day of _____, 2004.


              _____
              DAVID G. TOBIN
              ASSISTANT UNITED STATES ATTORNEY