# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10234-NMG |
| WALLSTEIN DWAYNE ALLEN, ) | |
| ANDRE PAGE, MICHAEL E. GREEN, ) | |
| and AQUAYA STEPHANIE PERRY, ) | |
| Defendants, ) | |
| _____) | |

## INITIAL STATUS REPORT
## October 6, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

As of today, the Government will have completed its obligation for providing discovery to counsel for the Defendants. Some of that discovery involves tapes which need to be copied and reviewed by the Defendants and their counsel. Therefore, Defendants' counsel have requested additional time to review the discovery produced by the Government. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on November 5, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester,

Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 8, 2004 (date of expiration of prior order of excludable time) through November 5, 2004 (date by which a review of the discovery produced by the Government should be completed by Defendants' counsel). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, January 14, 2005</u>.

>                            /s/Charles B. Swartwood, III
>                            CHARLES B. SWARTWOOD, III
>                            MAGISTRATE JUDGE