# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-10234-NMG
WALLSTEIN DWAYNE ALLEN,        )
ANDRE PAGE, MICHAEL E. GREEN,  )
and AQUAYA STEPHANIE PERRY,    )
          Defendants,          )
_____)
```

## STATUS REPORT
### November 5, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

   1.   Discovery/Plea Negotiations

Counsel for the parties have requested additional time to review discovery produced by the Government with their clients and to initiate discussions with the Government for a non-trial disposition of this case.  I have granted that request.

   2.   Further Status Conference

A further status conference shall be held in this case on December 8, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

   3.   Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 5, 2004 (date of expiration of prior order of excludable time) through December 8, 2004 (date by which discovery/plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, February 16, 2005</u>.

                                       <u>/s/Charles B. Swartwood, III</u>
                                       CHARLES B. SWARTWOOD, III
                                       MAGISTRATE JUDGE