# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-10234-NMG
WALLSTEIN DWAYNE ALLEN,        )
ANDRE PAGE, MICHAEL E. GREEN,  )
and AQUAYA STEPHANIE PERRY,    )
          Defendants,          )
_____)
```

## STATUS REPORT
### December 8, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. Discovery/Plea Negotiations

Counsel for the parties have again requested additional time to review discovery produced by the Government with their clients and to complete plea negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on January 10, 2005, at 2:15 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from December 8, 2004 (date of expiration of prior order of excludable time) through January 10, 2005 (date by which all discovery and plea negotiations shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, March 21, 2005</u>.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE