# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.           )<br>)<br>)<br>WALLSTEIN ALLEN, ANDRE PAGE, )<br>MICHAEL GREEN and AQUAYA )<br>STEPHANIE PERRY )<br>        Defendant  )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10234-NMG** |

**ORDER**
**FEBRUARY 11, 2005**

**SWARTWOOD, Chief M.J.**

   This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings. Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case <u>shall</u> be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.

                    /s/Charles B. Swartwood, III
                    CHARLES B. SWARTWOOD, III
                    CHIEF MAGISTRATE JUDGE