UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALLSTEIN DWAYNE ALLEN, )<br>ANDRE PAGE, MICHAEL E. GREEN, )<br>and AQUAYA STEPHANIE PERRY, )<br>    Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10234-NMG** |

**ORDER OF EXCLUDABLE TIME**
**March 23, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 22, 2005 (date of expiration of prior order of excludable time) through April 25, 2005 (date by which a review of discovery shall be completed by all Defendants) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE