UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>WALLSTEIN DWAYNE ALLEN, )<br>ANDRE PAGE, MICHAEL E. GREEN, )<br>and AQUAYA STEPHANIE PERRY, )<br>          Defendants, )<br> ) | **CRIMINAL ACTION<br>NO. 04-10234-NMG** |

### ORDER OF EXCLUDABLE TIME
### April 27, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 25, 2005 (date of expiration of prior order of excludable time) through May 26, 2005 (date by which a review of discovery shall be completed by all Defendants) shall be excluded from the Speedy Trial Act.

                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE