UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
            v.                       )   **CRIMINAL ACTION**
                                     )   **NO. 04-10234-NMG**
WALLSTEIN DWAYNE ALLEN,              )
ANDRE PAGE, MICHAEL E. GREEN,        )
and AQUAYA STEPHANIE PERRY,          )
            Defendants,              )
_____ )

**FINAL STATUS REPORT**
**July 1, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Gorton, J. to whom this case is assigned:

1.  <u>Wallstein Dwayne Allen</u>

Counsel for Mr. Allen and the Government have requested that this case be returned to Judge Gorton for a Rule 11 hearing with respect to Mr. Allen. All other Defendants named in this Indictment have previously been returned to Judge Gorton for trial. (See Status Report dated May 27, 2005, Docket No. 70).

2.  <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment of the first Defendant to be arraigned in this case through June 30, 2005. Therefore, assuming no further order of excludable time under the plan for prompt

disposition of criminal cases, this case must be tried on or before <u>Thursday, September 8, 2005</u>.

                                         <u>/s/Charles B. Swartwood, III</u>
                                         CHARLES B. SWARTWOOD, III
                                         CHIEF MAGISTRATE JUDGE