```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
         v.                 )  CRIMINAL NO. 04-10234-NMG
                            )
WALLSTEIN ALLEN, ET AL.     )
```

GOVERNMENT'S NOTICE TO THE COURT

    Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby notifies this Honorable Court that the United States has no objection to Defendant's Motion to Reschedule Trial filed by Defendant Andre Page's counsel. The government anticipates that all four defendants will be prosecuted at the same trial and respectfully requests that any continuance apply to all defendants.

    The undersigned counsel for the United States has been informed by counsel for Defendants Green and Perry that they have no objection to the requested continuance. As a result of conversations with Defendant Allen's counsel, the United States

anticipates that Defendant Allen will plead guilty prior to trial.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                        United States Attorney

                    By: */s/: David G. Tobin*
                        DAVID G. TOBIN
                        Assistant U.S. Attorney

Dated: October 11, 2005