```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CRIMINAL NO. 04-10234-NMG |
|  | ) |
| WALLSTEIN ALLEN, ET AL. | ) |
|  | ) |

GOVERNMENT'S MOTION TO MODIFY TRIAL SCHEDULE

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to modify the trial schedule in this case. Specifically, the United States requests that no formal session of the trial be held on Friday, February 10, 2006. The trial is scheduled to commence on Monday, February 6, 2006. The requested one day hiatus in the trial schedule is necessitated by the military obligations of the undersigned attorney for the United states, who is scheduled to be out of state on Friday, February 10, 2006, in order to attend mandatory military training. The two day military training will not require any other accommodation with regard to the trial.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


By: _____
    DAVID G. TOBIN
    Assistant U.S. Attorney

Case 1:04-cr-10234-NMG    Filed 01/10/2006    Page 2 of 2