```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10234-NMG |
| ) | |
| WALLSTEIN ALLEN, ET AL.   ) | |
| ) | |

## GOVERNMENT'S WITNESS LIST

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby provides this Honorable Court with the government's witness list in the above-captioned case. The United States reserves the right to amend its witness

1) **Peter Darling, Immigration and Customs Enforcement (ICE) Special Agent (SA);**

2) **Michael Heddrick (Key West), ICE SA;**

3) **Craig Karch (Key west), ICE SA;**

4) **Jeff Barber (Key West), ICE SA;**

5) **Kristen Rosenbeck, ICE SA;**

6) **John Coleman, ICE SA;**

7) **Eric LaForte, ICE SA;**

8) **Bernard Navarro, ICE SA;**

9) **Chris D'Iorio, ICE SA;**

10) **Peter Pasciucco, ICE Task Force Agent;**

11) **Al Hawkins, Brooklyn, New York Police Officer;**

12) **Dwayne Chandler, Brooklyn, New York Police Officer;**

13)  **Dan Rather, Manhattan Assistant District Attorney;**

14)  **Michelle G. Camilleri, Senior Forensic Chemist, DEA;**

15)  **Thomas Joyce, Boston Police Officer;**

16)  **Michael Feeney, Boston Police Officer; and**

17)  **Matt Gilmore, formerly an ICE SA.**

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        By:

        /s/: *David G. Tobin*
        DAVID G. TOBIN
        Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 30, 2006.

        /s/: *David G. Tobin*
        David G. Tobin