```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
     v.                       )  CRIMINAL NO. 04-10234
                              )
WALLSTEIN DWAYNE ALLEN        )
                              )
```

GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to continue the sentencing of Wallstein Dwayne Allen from March 16, 2006 to a date after the sentencing of co-defendants Michael Green and Andre Page on May 24, 2006.

In support of this motion, the government avers the following: 1) Wallstein Dwayne Allen pled guilty on December 5, 2005, pursuant to a plea agreement with the United States which obligated him to testify against his co-defendants; 2) On February 15, 2006, co-defendants Michael Green and Andre Page were convicted by a jury of various narcotics related offenses; and 3) Co-defendants Michael Green and Andre Page are scheduled to be sentenced by this Honorable Court on May 24, 2006.

The government respectfully submits that postponing Wallstein Allen's sentencing until after the sentencing of his co-defendants will enable the Court to fully assess his cooperation before imposing a sentence. Similarly, a postponement will allow the government to fully assess his

cooperation prior to making a sentencing recommendation to the Court.

## Conclusion

For the reasons stated above, the United States respectfully moves this Honorable Court to allow the government's motion.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    DAVID G. TOBIN
    Assistant U.S. Attorney